# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK M. HERNANDEZ, | |
| *Petitioner*, | 3:11-cv-00337-RCJ-VPC |
| vs. | ORDER |
| E.K. MCDANIEL, *et al.*, | |
| *Respondents*. | |

Petitioner's motion (#9) for reconsideration of the Court's order (#7) denying his motion for appointment of counsel is DENIED. There is no constitutional right to counsel in a federal habeas matter, and allegedly having only a ninth grade education does not necessitate a finding that the interests of justice require the appointment of counsel. Federal habeas matters generally are pursued *pro se*.

DATED:  September 19, 2011

ROBERT C. JONES
Chief United States District Judge