AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FRANK M. HERNANDEZ,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:11-CV-00337-RCJ-WGC

E.K. MCDANIEL, et al,

      Respondents.

    ☐    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    ☐    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

    **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** judgment is entered in favor of respondents and against petitioner, dismissing this action with prejudice.   FURTHER ORDERED that a certificate of appealability is DENIED.


 March 14, 2012                                     **LANCE S. WILSON**
                                                            Clerk

                                                          /s/  M. Campbell
                                                        Deputy Clerk