AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

FRANK M. HERNANDEZ,

      Petitioner,

V.

E.K. MCDANIEL, et al,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00337-RCJ-WGC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** judgment is entered in favor of respondents and against petitioner, dismissing this action with prejudice. FURTHER ORDERED that a certificate of appealability is DENIED.

March 14, 2012

**LANCE S. WILSON**
Clerk

/s/ M. Campbell
Deputy Clerk